IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

TEDDRICK LAMAR SMITH,

    Petitioner,

  v.                                                 No. 1:15-cv-01097-JDB-egb
                                                             No. 1:12-cr-10040-JDB-14

UNITED STATES OF AMERICA,

    Respondent.

---

ORDER DIRECTING UNITED STATES TO RESPOND AND
DENYING MOTION TO EXPEDITE

---

On April 27, 2015, Petitioner, Teddrick Lamar Smith, filed a *pro se* motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 ("Petition"). (Case Number 15-cv-01097, Docket Entry ("D.E.") 1.)[1] He later filed an amendment to the Petition to add a claim under *Johnson v. United States*, 135 S. Ct. 2551 (2015), (D.E. 4), and also submitted a supplement to the *Johnson* claim, (D.E. 7; D.E. 6).[2]

Respondent, United States of America, is ORDERED to file a response to the Petition, as supplemented, within twenty-eight days from the date of this order. *See Rules Governing Section 2255 Proceedings for the United States District Courts* ("Habeas Rules"), Rule 5(a).

Smith may, if he chooses, submit a reply to Respondent's answer or response within twenty-eight days of service. *See* Habeas Rule 5(d). Petitioner may request an extension of time to reply by filing a motion on or before the due date of his reply.

---

[1] Hereinafter, all citations will reference civil case number 15-cv-01097.

[2] Petitioner also submitted a motion to expedite this § 2255 proceeding, which is DENIED as moot. (D.E. 9.)

IT IS SO ORDERED this 10th day of April 2018.

                                                               s/ J. DANIEL BREEN
                                                               UNITED STATES DISTRICT JUDGE